EL BANCO TERRITORIAL Y AGRÍCOLA *v.* CINTRÓN.

APPEAL in complaint from a decision of the District Court of Humacao.

No. 5.—Decided June 17, 1904.

MORTGAGE—SUMMARY FORECLOSURE PROCEEDING—MORTGAGE DEBTOR.—A mortgage debtor is not a party to a summary proceeding prosecuted according to the provisions of the Mortgage Law and the regulations for the execution thereof, because the same is an ex parte proceeding.

STATEMENT OF THE CASE.

In summary executory proceedings instituted by the Banco Territorial y Agrícola, located in this city, against Margarita and Eulalia Cintrón and the estate of Facundo, of the same surname, former members of the firm of Cintrón Hermanos, for the recovery of a credit according to the procedure prescribed by the Mortgage Law and the Regulations for its execution, the District Court of Humacao, by order of the 8th of May of last year, declined to allow the appeals for a review taken from the order of the 22d of January of the said year, refusing to suspend the public sale of the mortgaged estate, and from the order of the 26th of March directing the adjudication of said property to the creditor.

By order of August 20, 1903, the reconsideration of the order of the 8th of May of said year, requested by counsel for the members of the former firm of Cintrón Hermanos, was denied, and the certified copies requested by him in a supplementary petition to said application were furnished him.

Upon this transcript Attorney Eduardo Acuña, on behalf of the defunct debtor firm, took an appeal in complaint to this court, claiming that the same should be allowed and that in consequence thereof the Humacao court should be directed to hear the appeal of his clients from the order of the 26th of March of last year, in the form in which it was interposed by them.

For the purpose of passing upon the matter more intelligently a certified copy of the decree of award of the 26th of March of said year was added to this record.

Mr. *Eduardo Acuña,* for appellant.

Mr. *Juan de Guzmán Benítez,* for respondent.

### Opinion of the Court.

The decisions upon which the present appeal in complaint is predicated were not rendered in an action between the Banco Territorial y Agrícola and the former members of the firm of Cintrón Hermanos, but in special proceedings of a summary character to which the debtor cannot be a party and in whose favor, according to said Mortgage Law and Regulations, exist means and guarantees for obtaining reparation for such injuries as he may have sustained.

In view of the foregoing facts the appeal taken herein does not lie.

In view of article 128 of the Mortgage Law and article 175 of the Regulations for its execution, the present appeal in complaint is disallowed, with costs against the appellant. This decision is ordered to be communicated to the District Court of Humacao for proper action.

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.

Mr. Justice Sulzbacher did not sit at the hearing of this case.